JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLEN LYNN JEFFRIES, ) | |
| ) | |
| Petitioner, ) | Case No. CV 08-6181 CAS (AJW) |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| A. HEDGPETH, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 7, 2009

_____
Christina A. Snyder
United States District Judge